UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAIDA DZAKULA,<br><br>　　　　Plaintiff,<br>　v.<br><br>JOHN McHUGH, SECRETARY OF THE ARMY,<br><br>　　　　Defendant. | Case No.: C 12-3989 PSG<br><br>**ORDER SETTING CASE MANAGEMENT HEARING AND DEADLINE FOR CONSENTS**<br><br>**(Re: Docket No. 9)** |

Having issued an order on the motion brought by former counsel for Maida Dzakula ("Dzakula"), the court sets a hearing for a case management conference in this case and deadlines for the parties to consent to magistrate jurisdiction. The parties shall appear on Tuesday, May 7, 2013 at 10:00 a.m. for the case management conference. They shall file their consents or declinations no later than April 30, 2013.

**IT IS SO ORDERED.**

Dated: March 27, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER