UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAIDA DZAKULA, | Case No.: C 12-3989 PSG |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| JOHN McHUGH, SECRETARY OF THE ARMY, | |
| Defendant. | |

On May 7, 2013, Plaintiff Maida Dzakula ("Dzakula") failed to appear for a case management conference or to file a case management statement.

IT IS HEREBY ORDERED that Dzakula shall appear on June 11, 2013 at 10:00 a.m. to show cause why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 17, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER